*special
assessment

CR 01-16E*

```
            UNITED STATES
            DISTRICT COURT
        WESTERN DISTRICT OF PENNSYLVANIA
               ERIE Division

            # 00500455 - AM  am
               July 26, 2005


     Code    Case #      Qty        Amount

     IND FELO 01-16e cr
                                    25.00 MO

          TOTAL→                    25.00



    FROM: SANDRA TUSZYNSKI ON BEHALF
          SHELBY DAN TUSZYNSKI
          RR1 BOX 1A
          GRANDVALLEY PA, 16420
```