IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA


United States of America )
 )
vs. ) Criminal Number 01-16E-2
 )
Shelby Tuczynski )


The above named defendant satisfied the judgment of October 1, 2001 by paying on July 26, 2005 the full balance due on his/her court ordered:

___X___ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  8/4/05
Deputy Clerk                                            Date