October 13, 2005
Shelby Tuczynski #20047-068
FCI McKean
P.O. Box 8000
Bradford, PA  16701

Sean J. McLaughlin
U.S. District Judge
P.O. Box 1820
Erie, Pa.  16507

Dkt.No. 01-00016~~-004~~ Erie

Dear Judge McLaughlin,

Despite the fact that the court ordered my restitution to be paid "on supervised release", the B.O.P. insists that it will take this restitution from my account here on a regularly scheduled basis.

Accordingly, I need a copy of my sentencing transcript to prove to them that my restitution need not be paid now.

Sincerely,

Shelby Tuczynski

S.S.N. 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