Shelby Dan Tuszynski
# 20047-068
F.C.I. - McKean
P.O. Box 8000
Bradford, Pa. 16701

26 January 2006

'06 JAN 30 AM 9:52
CLERK
U.S. DISTRICT COURT

Clerk
U.S. District Court
P.O. Box 1820
Erie, Pa. 16507

'06 JAN 30 AM 9:19
U.S. DISTRICT COURT

RE:   United States v. Tuszynski,
      Criminal Docket Number: 01-00016-004-ERIE

      ** Clarification of Order of "Restitution." **

MEMORANDUM LETTER / MOTION

   Comes Now, Defendant Shelby Dan Tuszynski, who is proceeding pro se in the present motion seeking an order clarifying this Court's Order for restitution in the above named criminal case.

   The Defendant is currently incarcerated at F.C.I.-McKean for service of his sentence. Staff at the Defendants' place of incarceration are interpreting this Court's Order for Restitution incorrectly. The Defendant seeks an Order clarifying the Restitution Order where the B.O.P. is attempting to collect money which the Court ordered to be paid directly to the victim.

Secondly, the B.O.P. is also interpreting the Court's Judgment for payment to be made immediately, when the Court implemented as a condition of supervised release, the Defendant's right to pay any unpaid portion of the restitution upon his release. The Court never specified that restitution was to be paid immediately. See Judgement at pages 3 and 5.

WHEREFORE, the Defendant requests an ORDER from the Court clarifying the disputed aspects of its previous Order and Judgment.

Respectfully Submitted,
*Shelby P. Tuszynski*
Shelby D. Tuszynski