# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Docket No. [01-00016-004 ERIE] |
| vs. | ) |
| | ) |
| SHELBY DAN TUSZYNSKI, | ) |

### COMBINED MOTION AND MEMORANDUM REQUESTING CLARIFICATION OF JUDGMENT IN A CRIMINAL CASE / CONVICTION

NOW COMES, the Defendant, Shelby Dan Tuszynski, who is proceeding pro se in the above captioned motion and who now requests this Court to consider the following facts, which warrant the relief requested.

'06 FEB -2 AM :00

-1-

## A. BASIS FOR REQUEST

The Defendant's sentence was imposed by this Court on 1 Oct. 2001 for the offense(s) of Armed Bank Robbery (18 U.S.C. § 2113(d)). The Defendant was consequently sentenced to 90 months in prison, a term of supervised release of 3 years, a $100 special assessment fee and restitution in the amount of $8066.96 to be paid to National City Bank in Sugar Grove. <u>See</u> Judgement at pgs. 1, 2, 3 and 5.

In this Honorable Court's Judgment the Court, in reference to the restitution order, specified that restitution would be paid jointly and severally with the codefendants in this case, but did not specify when restitution would begin to be paid

by the defendant(s). See J&C Order at 5.

The B.O.P. has now interpreted this Court's Order to mean that it has the authority (as a third party) to collect restitution on behalf of the victim, and that such restitution shall be collected immediately, as well as by "force" if necessary. (subjecting the Defendant to administrative sanctions). The only guideance the Court gave regarding the restitution order was concerning supervised release, stating:

> "If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid <u>at the commencement of the term of supervised release.</u>"

See J&C Order at 3.

## B. RELIEF REQUESTED

The Defendant requests an Order from the Court clarifying all aspects of the Defendant's previous order for restitution as imposed on 1 Oct. 2001, by this Court.

WHEREFORE, the Defendant respectfully requests an ORDER from this Court specifying the Conditions of its restitution order as previously mandated.

Respectfully Submitted

*Shelby Tuszynski*

Shelby Dan Tuszynski

### DECLARATION

I swear that the foregoing is true and correct to the best of my knowledge and under th penalty of perjury pursuant to 28 U.S.C. § 1746

Signed this 31st day of January, 2006.

*Shelby Tuszynski*

Shelby Dan Tuszynski, pro se

-4-

Shelby Dawn Tuszynski
#20047-068
F.C.I. - McKean
P.O. Box 8000
Bradford, Pa. 16701

31 January 2006

Clerk
U.S. District Court
P.O. Box 1820
Erie, Pa. 16507

RE: <u>USA vs Tuszynski</u>, 01-00016-004 ERIE

Dear Sir or Ma'am,

Please find one original copy of Defendants request for clarification of J+C.

Thank You,

Shelby Tuszynski
Shelby D. Tuszynski