IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITE STATES OF AMERICA

        Plaintiff

: CR. NO. 01-16 EIRE

vs.

SHELBY DAN TUSZYNSKI                :

        Defendant

## ORDER

AND NOW, This 31st Day of January, 2006, the judgement entered on October 1, 2001, is hereby amended to include the following: "The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons' Financial Responsibility Program, through which 50 percent of the defendant's salary shall be applied to the restitution amount".

**Sean J. McLaughlin**
Digitally signed by Sean J. McLaughlin
DN: cn=Sean J. McLaughlin, c=US, o=United States District Court, ou=United States District Judge
Date: 2006.01.31 10:35:08 -05'00'

Sean J. McLaughlin
United States District Judge

cm: All Parties of Record