IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | CRIMINAL NO. 01-16 ERIE |
| ) | |
| SHELBY DAN TUSZYNSKI, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 2nd day of February 2006, Upon consideration of the Defendant's Combined Motion and Memorandum Requesting Clarification of Judgment in a Criminal Case/Conviction (Document No. 88)

IT IS HEREBY ORDERED that this Motion be DENIED as moot, in light of the Order dated January, 31, 2006 Clarifying payment of restitution.

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all counsel/parties of record