SCANNED

CR 01-16 E   1 OF 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT - PENNSYLVANIA

'06 FEB -6 01:24                              '06 FEB -6 01:24

UNITED STATES

VS.                                    # 01-00016-004

SHELBY TUSZYNSKI

AND NOW COMES THE DEFENDANT, ACTING PRO SE
AND IN FORMA PAUPERIS WITH SERVICE OF PROCESS
VIA U.S. MAIL AND STATES THE FOLLOWING:

  A- I AM THE DEFENDANT IN THE ABOVE
     ENTITLED ACTION.

  B- I SEEK RELIEF WITHIN THE AUTHORITY
     OF THIS COURT.

  C- I AM UNTRAINED IN LEGAL MATTERS AND
     UNABLE TO RETAIN A LAWYER.

  D- A COPY OF THESE DOCUMENTS WERE SENT
     TO THE CLERK OF COURT AND UNITED STATES
     ATTORNEY ON THIS DATE.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT - PENNSYLVANIA

UNITED STATES

VS.                                      # 01-00016-004

SHELBY TUSZYNSKI

AFFIDAVIT IN SUPPORT

The defendant states:

A- TOTAL RESTITUTION ORDERED WAS $8,066.96

B- TOTAL CASH SEIZED FROM ROBBERY WAS $7,466.30

C- TOTAL RESTITUTION OWED IS $600.66

D- B.O.P. HAS INFORMED ME THAT THIS COURT MUST PROVIDE A ADJUSTED RESTITUTION ORDER OF $600.66, IN CONSIDERATION OF $7,466.30 SEIZED AS B.O.P. CANNOT ADJUST THE COURT ORDER, DESPITE PRE-SENTENCE REPORT CLEARLY LISTING THE $7,466.30 SEIZED.

E- NO PRIOR MOTION HAS BEEN FILED IN THIS MATTER.

## PRO SE

THE DEFENDANT IS ACTING AS HIS OWN COUNSEL IN THIS MATTER AND IS UNTRAINED IN LEGAL MATTERS AND UNABLE TO RETAIN A LAWYER.

## IN FORMA PAUPERIS

A- I OWN NO REAL ESTATE.
B- I OWN NO VEHICLES.
C- I HAVE NO STOCKS OR BONDS.
D- I HAVE NO INCOME DUE TO INCARCERATION.
E- I HAVE NO SAVINGS.
F- I HAVE NO CHECKING ACCOUNT.
G- I AM UNABLE TO PAY COURT COSTS.

## SERVICE OF PROCESS

A COMPLETE COPY OF THIS MOTION HAS BEEN MAILED ON THIS DATE TO THE JUDGE, CLERK OF COURT AND U.S. ATTORNEY.

## AFFIRMATION

THE DEFENDANT SWEARS THE FACTS IN PETITION IS TRUE AND CORRECT AND A MATTER OF COURT RECORDS.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT - PENNSYLVANIA

UNITED STATES

VS.                                                    # 01-00016-004

SHELBY TUSZYNSKI

## REQUESTED ORDERS

THE DEFENDANT REQUESTS THE FOLLOWING RELIEF:

A- THAT A ADJUSTED RESTITUTION ORDER BE PROVIDED TO THE B.O.P. AND CONSIDER THE FOLLOWING FACTORS:

1- $ 8,066.96 IS TOTAL RESTITUTION.
2- $ 7,466.30 IS TOTAL CASH SEIZED.
3- $   600.66 IS TOTAL RESTITUTION DUE.
4- CO-DEFENDANTS (3) THOMAS, EICHENLAUB AND CROUSE HAVE PAID VARIOUS AMOUNTS TO THE B.O.P. WHICH ARE BELIEVED TO BE IN EXCESS OF $600.66 (ACCUMULATIVE TOTAL) AND THIS INFORMATION CAN BE OBTAINED FROM THE B.O.P. BY THE COURT.

2-2-06
DATED

_Shelby Tuszynski_
SHELBY TUSZYNSKI

United States District Court
17 South Park Row
Erie, PA
16501

Re: 01-00016-004

Pro Se Clerk of Court,                                    2-2-06

Enclosed, please review a Petition to Adjust Restitution Order.

If "Local Rules" require a different form, please provide and I will re-file.

Sincerely,
*[signature]*
Shelby Tuszynski