OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3498
(716) 551-4211

5/16/2008

3110 United States Post Office
United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

    RE: Transfer of Jurisdiction
      1:01CR00016-004

Dear Clerk:

Enclosed is one original Form 22 accepting transfer of jurisdiction of Shelby Dan Tuszynski.

Please forward to our Clerk's Office certified copies of papers concerning the offender, such as: the Form 22, Indictment and/or Information, Plea Agreement, Judgment and Commitment Order, Docket Sheet along with any other papers you deem necessary.

            Very truly yours,

            RODNEY C. EARLY, Clerk

            By: Kim Bolden
              Deputy Clerk

Enclosure