UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

08 CR 134

RECEIVED
MAY 2 1 2008
CLERK, USDC WDNY

DATE: May 19, 2008

OFFICE OF THE CLERK
WESTERN DISTRICT OF NEW YORK
304 U.S. COURTHOUSE
68 COURT STREET
BUFFALO, NY 14202-3498

Re: USA V. SHELBY DAN TUSZYNSKI

Criminal Action No. 01-16ERIE

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

CERTIFIED COPY OF INDICTMENT
CERTIFIED COPY OF DOCKET SHEET
CERTIFIED COPY OF JUDGMENT
COPY OF PLEA AGREEMENT LETTER
COPY OF ORDER DATED 1-31-06 (DOC. #87)

FILED
MAY 27 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/
SUSAN D. PARMETER
Deputy Clerk

Enclosures